UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

GEORGE KNOBLAUCH

                                                               Plaintiff,

    -v.-

                                                          Civil Action No.
                                                  9:00-cv-1165 (GLS/GJD)

CO NATALE, Correctional Officer;
CO KENNEDY, Correctional Officer;
SARGEANT GREENWALD; SARGEANT
VANOSKY; PAUL J. BROWN, Sargeant;
STEVE BROWN, Sargeant; SARGEANT
GAGE; SARGEANT JAMES; SARGEANT
BARRETT; LIEUTENANT CRANDALL;
CAPTAIN ROBERT BURNS; CAPTAIN
FRANK MARTIN; CAPTAIN YOUNG; MAJOR
ROBERT ELWELL; G. POLLARD, Undersheriff;
and HARRY BUFFARDI, Sheriff

                                                             Defendants.
--------------------------------------------------------------------------------

APPEARANCES:                         OF COUNSEL:

**FOR THE PLAINTIFF:**

GEORGE KNOBLAUCH
Plaintiff Pro Se
3225 Franklin Street
Schenectady, New York 12306

**FOR THE DEFENDANTS:**

Girvin, Ferlazzo Law Firm           CHRISTOPHER P. LANGLOIS, ESQ.
20 Corporate Woods Boulevard
2nd Floor
Albany, New York 12211-2350

GARY L. SHARPE
U.S. DISTRICT JUDGE

## **ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Chief Magistrate Judge Gustave J. DiBianco, duly filed October 5, 2006.  Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Chief Magistrate Judge Gustave J. DiBianco filed October 5, 2006 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that defendants' motion to dismiss for failure to prosecute (Docket No. 51) is **GRANTED**, and the complaint **DISMISSED IN ITS ENTIRETY WITH PREJUDICE**,  and it is further

ORDERED, that the Clerk of the Court is to enter judgment in favor of Defendants and close this case.

2

IT IS SO ORDERED

Dated: November 1, 2006
       Albany, New York

_____
Gary L. Sharpe
U.S. District Judge